IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD KHATON,

    Petitioner,

v.

UNITED STATES OF AMERICA;
GREG AHERN; UNITED STATES
ATTORNEY'S OFFICE; FEDERAL
BUREAU OF PRISONS,

    Respondents.

No. C 17-6978 WHA (PR)

**ORDER OF DISMISSAL**

In December 2017, petitioner filed this petition for a writ of habeas corpus under 28 U.S.C. 2241, he was housed in a county jail in Oakland, California. The petition alleged that he was being detained by the Federal Bureau of Prisons ("BOP"), that he did not know the charges against him or the basis for his detention, that he had not had a hearing, and that he had not been appointed counsel. He later amended the petition to allege that he was detained pursuant to a BOP disciplinary determination that he had escaped from the Residential Recovery Center ("RRC"), where he was serving the end of his sentence. On February 2, 2018, petitioner was released from custody and on February 28, 2018, the escape disciplinary finding was expunged from petitioner's record.

Respondent has filed an answer to the petition arguing that it is moot. Petitioner does not oppose that argument. Because petitioner has been released from custody and the disciplinary finding challenged in the instant petition has been expunged, he has already received

all of the relief available to him in a federal habeas case. Accordingly, the instant petition must be **Dismissed** as moot. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: May 7, 2018.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE